IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| YESSENIA BOOHER | : | |
| --- | --- | --- |
| | : | Case No.: 1:16-cv-00684 |
| v. | : | |
| | : | |
| CMS SENIOR CARE, INC., et al | : | STIPULATION OF DISMISSAL WITH PREJUDICE |
| | : | |
| | : | Electronically Filed |

The matter in the above-captioned action having been amicably resolved by and between Plaintiff, Yessenia Booher, and Defendant, CMS Senior Care, Inc., et al., it is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a), that the case against Defendant shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party.

_____
Larry S. Markowitz, Esq.
CGA Law Firm, Of counsel
*Attorneys for Defendant*

Dated: June 30, 2016

_____
Samuel A. Dion, Esq.
Dion & Goldberger
*Attorneys for Plaintiff*

Dated: June 30, 2016

AND NOW, this 7th day of July, 2016, this stipulation of dismissal is hereby GRANTED.

/s/ Sylvia H. Rambo
_____
SYLVIA H. RAMBO
United States District Judge

Dated: July 7, 2016